1055

[No. 13014–9–II.  Division Two.  March 14, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY ROSS CASTERLINE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 89–1–00093–6, James D. Roper, J., entered June 28, 1989. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Morgan, J.

[No. 12970–1–II.  Division Two.  March 14, 1991.]

ROBERT J. CIHAK, *Appellant*, v. PENTTI U. KOSKI, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 89–2–00004–7, David E. Foscue, J., entered June 26, 1989. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Petrich, A.C.J., and Reed, J. Pro Tem.

[No. 25830–3–I.  Division One.  March 18, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ANTHONY GLOSTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89–8–06711–2, Steven G. Scott, J., entered February 21, 1990. *Affirmed* by unpublished per curiam opinion.

[No. 24320–9–I.  Division One.  March 18, 1991.]

CLARA HENRY, *Appellant*, v. HENRY JELLESED, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 86–2–12525–6, James J. Dore, J., entered May 24, 1989. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Pekelis and Agid, JJ.